IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBORAH COOK, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) CASE NO. 3:09-cv-00275-GPM-CJP |
| | ) |
| IPC INTERNATIONAL CORPORATION, | ) |
| | ) |
| Defendant(s). | ) |

**DEFENDANT IPC INTERNATIONAL CORPORATION'S RULE 26(a)(3)
DISCLOSURE AND DESIGNATION**

NOW COMES the Defendant, IPC INTERNATIONAL CORP., by KEEFE, CAMPBELL & ASSOCIATES, its attorneys, and pursuant to Federal Rule of Civil Procedure 26(a)(3), states:

1. The name, address, and telephone number of each witness the defendant expects to present and those it may call if the need arises:

   <u>Defendant expects to present as witnesses:</u>

   Plaintiff Deborah Cook
   c/o Lee W. Barron
   112 Front Street
   Alton, IL 62002
   (618) 462-9160

   Charlie Eugene Spann, Sr.
   IPC International Corp.
   Alton Square Mall
   200 Alton Square
   Alton, IL 62002

   Scott Bryce Colburne
   IPC International Corp.
   Burlington Mall
   200 Westgate Drive

1

Burlington, MA 01803

<u>Defendant may call as witnesses</u>

Dane R. Spaulding
518 Cougar Village Apt. 1B
Edwardsville, IL 62025

Michael A. Crane
Executive Vice President and General Counsel
IPC International Corp.
2111 Waukegan Road
Bannockburn, IL 60015
(847) 444-2000

Keeper of the Records
IPC International Corp.
2111 Waukegan Road
Bannockburn, IL 60015

2. Defendant does not anticipate presenting any witnesses by deposition. Defendant does expect to use certain portions of Plaintiff Deborah Cook's deposition for the purpose of impeachment.

3. Defendant expects to offer the following exhibits as evidence:

See attached 26(a)(3) Exhibit List. Please note this is not Defendant's final trial exhibit list.

Respectfully Submitted,

/s/ Daniel J. Boddicker
Daniel J. Boddicker

Daniel J. Boddicker
Keefe, Campbell & Associates, LLC
118 N. Clinton St.
Suite 300
Chicago, IL 60667
Telephone: (312)756-1800
Facsimile: (312) 756-1901
E-mail: dboddicker@keefe-law.com
ATTORNEY FOR DEFENDANT

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

### DEFENDANT'S 26(a)(3) PRETRIAL EXHIBIT LIST
### (PLEASE NOTE THIS IS NOT A FINAL TRIAL EXHIBIT LIST)

**Style:**     **DEBORAH COOK v. IPC INTERNATIONAL CORP.**

**CASE NUMBER**     09-275-GPM

| **Presiding Judge** | **Plaintiff's Attorney** | **Defendant's Attorney** |
|---|---|---|
| G. PATRICK MURPHY | Lee Barron | Daniel Boddicker |
| **Trial Dates** | **Court Reporter** | **Courtroom Deputy** |
| TBD | Molly Clayton | Linda McGovern |

| Pltf. No. | Deft. No | Date Marked | Admitted | Description |
|---|---|---|---|---|
|  | 1 |  |  | Handwritten "Robert D. Lee" note dated 8/2/07 |
|  | 2 |  |  | Cook Personnel Action Notice 8/10/2007 |
|  | 3 |  |  | lboone@talx e-mail Cook unemployment claim |
|  | 4 |  |  | Spann e-mail to Weil & Colburne 7/27/2007 |
|  | 5 |  |  | Spann e-mail to Weil & Colburne 7/28/2007 "Cook refused to sign the final warning ..." |
|  | 6 |  |  | Spann e-mail to Weil & Colburne 7/31/2007 Cook asked Hall to assist in harassment charges |
|  | 7 |  |  | Spann e-mail to Weil, 7/31/2007 re: 7/10/07 cook copied whole IPC policies |
|  | 8 |  |  | Spann e-mail to Colburne & Weil, 7/31/2007 Hall conspiring with Cook against me |
|  | 9 |  |  | 7/31/2007 Spann e-mail allegedly from Dane Spaulding. Spaulding slander e-mail |
|  | 10 |  |  | Colburne reply e-mail to Charley, print this and have "Dan" sign it. August 1, 2007 |
|  | 11 |  |  | Colburne August 4, 2007 e-mail to Weil and Bartosiewicz re: cook, "As a recap ..." |
|  | 12 |  |  | Colburne e-mail to Weil and Bartosiewicz August 7, 2007, ... "she doesn't know that we term'd her, ..." |

| Pltf. No. | Deft. No | Date Marked | Admitted | Description |
|---|---|---|---|---|
| | 13 | | | Colburne e-mail to Weil ... "told her she was never terminated ..." August 21, 2007 |
| | 14 | | | If the need arises: Reprimand of Moran – 11/28/08 |
| | 15 | | | Colburne e-mail (via blackberry) 7/31/2007 1:30 PM to Charley, "get statements from other people ..." reply to Spann 7/31/2007 e-mail |
| | 16 | | | Weil reply e-mail to Colburne, "Scott, thank you, maybe others will ..." Colburne, e-mail to Spann and Weil. 7/1/2007 |
| | 17 | | | Alton Square Mall work schedules July 2007 to August 8, 2007 (23 pages) |
| | 18 | | | Spann fax to Scott Colburne 7-27-07 (3 pages) |
| | 19 | | | Spann e-mail to Colburne 8-4-07 9:05 AM Cook "gave mer her keys ..." |
| | 20 | | | Spann e-mail to Colburne 9-28-07 8:19AM recounting August 4, 2007 return of keys |
| | 21 | | | MEMORANDUM. To Cook From Spann Final Warning dated July 28, 2007 with Cook's handwritten notes at end. |
| | 22 | | | Employee Performance Review dated 1-14-07 for Deborah Cook |
| | 23 | | | Employee Performance Review dated 6-17-07 for Deborah Cook |
| | 24 | | | Spann application for employment |
| | 25 | | | IPC International "Workplace Harassment is Forbidden by Law" and "Grievance Chain of Command" flyer |
| | 26 | | | IPC International "Pass On Log" (48 pages) |
| | 27 | | | Cook "Notebook" (42 pages) |
| | 28 | | | Cook "Daily Schedule and Planner" (68 pages) |
| | 29 | | | IPC International "Policies & Procedures Pocket Manual" (47 pages) |

| Pltf. No. | Deft. No | Date Marked | Admitted | Description |
|---|---|---|---|---|
| | 30 | | | If the need arises: Cook Certified Instructor Program "Self Study Workbook and Certification Exam" (110 pages) |
| | 31 | | | If the need arises: Cook "Pre-Assignment and Basic Training Workbook" (32 pages) |
| | 32 | | | IPC "Continuing Education Audit Form" signed by Cook 2-1-07 |
| | 33 | | | Spann 10-3-07 email "Scott today I was informed..." |
| | 34 | | | Spann 9-28-07 email "On Saturday August 2, 2007..." |
| | 35 | | | Joe Dumey note "On what I believe was Sunday, September 16th 2007..." |
| | 36 | | | Spann 8-1-07 email "When asked whether or not Dane Spaulding..." |
| | 37 | | | Cook "Workplace Harassment Zero Tolerance Policy" signed 1-21-05 |
| | 38 | | | Training Record Acknowledgment signed by Cook 3-26-05 |
| | 39 | | | IPC Policies and Procedure Manual (copyright 1987, revised 02/02) |
| | 40 | | | Cook "To Whom It May Concern" letter (4 pages) |
| | 41 | | | Colburne 6-6-07 email "I talked with Charley and Sandra." |
| | 42 | | | Spann 6-21-07 email "Scott on 6-21-07 me and Deborah..." |
| | 43 | | | Spann 7-10-07 email "On Sun. 7-8-07..." |
| | 44 | | | Spann 7-11-07 email "Deborah & Edward..." |
| | 45 | | | Spann 7-11-07 email "Scott i got the copies..." |
| | 46 | | | Spann 7-27-07 email "Jolly i had a talk with Lori Ehlers..." |
| | 47 | | | Spann 7-28-07 email "At 2:30 today Deborah |

| Pltf. No. | Deft. No | Date Marked | Admitted | Description |
|---|---|---|---|---|
| | | | | Cook..." |
| | 48 | | | Spann 8-7-07 email "Scott i got a phone call on Mon 8-6-07..." |
| | 49 | | | Colburne 8-7-07 email "still no call back from Debbie Cook." |
| | 50 | | | "On June 2nd, 2007 Charlie Spann..." document (2 pages) |
| | 51 | | | Spann "Scott the problem with Deborah Cook..." document (2 pages) |
| | 52 | | | Colburne 8-1-07 email (via BlackBerry) "Jolly I just spoke with Charley..." |
| | 53 | | | Ashley B. Lawrence 5-25-08 Resignation Letter and attached "Thank you" note |
| | 54 | | | If the need arises: Response to Plaintiff's Request for Production Number 14 (Records that reflect the age, race, and gender of IPC Alton Square employees) |
| | 55 | | | If the need arises: Response to Plaintiff's Request for Production Number 20 (Records that reflect the gender make-up of Alton Square work force in 2006, 2007, 2008) |
| | 56 | | | If the need arises: Spaulding Personnel File (103 pages) |
| | 57 | | | If the need arises: Alton Square Work Schedules September 2005 to August 2007 (186 pages) |
| | 58 | | | If the need arises: Cook 7-1-08 "Complete Training Report" |
| | 59 | | | If the need arises: Response to Plaintiff's Request for Production Number 4 (Charley Spann's Personnel File) |
| | 60 | | | If the need arises: Response to Plaintiff's Request for Production Number 9 (Documents submitted to EEOC) |
| | 61 | | | If the need arises: Cook 7-14-07 Personnel |

| Pltf. No. | Deft. No | Date Marked | Admitted | Description |
|---|---|---|---|---|
|  |  |  |  | Action Notice |
|  | 62 |  |  | If the need arises: Cook 1-21-05 Employment Agreement |
|  | 63 |  |  | If the need arises: Cook 7-25-05 Personnel Action Notice |
|  | 64 |  |  | If the need arises: Cook 2-18-06 Personnel Action Notice |
|  | 65 |  |  | If the need arises: Cook 1-14-06 Personnel Action Notice |
|  | 66 |  |  | If the need arises: Cook 2-14-06 Employment Agreement |
|  | 67 |  |  | If the need arises: Cook 12-31-05 Personnel Action Notice |
|  | 68 |  |  | If the need arises: Cook 7-14-06 Employee Performance Review |
|  | 69 |  |  | If the need arises: Cook 8-29-07 Personnel Action Notice |
|  | 70 |  |  | If the need arises: Cook 7-14-06 Personnel Action Notice |
|  | 71 |  |  | If the need arises: Cook 1-14-07 Personnel Action Notice |
|  | 72 |  |  | If the need arises: EEOC 1-8-09 Dismissal and Notice of Rights |
|  | 73 |  |  | If the need arises: Cook 5-26-07 "Certification of Completion of Basic and/or Refresher Training" |
|  | 74 |  |  | If the need arises: Cook 5-17-06 "Certification of Completion of Basic and/or Refresher Training" |
|  | 75 |  |  | If the need arises: Cook 5-5-05 "Certification of Completion of Basic and/or Refresher Training" |
|  | 76 |  |  | If the need arises: Cook 1-15-05 Employment Application (5 pages) |

| Pltf. No. | Deft. No | Date Marked | Admitted | Description |
|---|---|---|---|---|
| | 77 | | | If the need arises: Cook 3-25-05 "Certification of Completion of 20-Hour Basic Training" |
| | | | | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DEBORAH COOK, ) | |
| ) | |
| **Plaintiff(s),** ) | |
| ) | |
| vs. ) | **CASE NO.** 3:09-cv-00275-GPM-CJP |
| ) | |
| IPC INTERNATIONAL CORPORATION, ) | |
| ) | |
| **Defendant(s).** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2010, I electronically filed the foregoing Defendant, IPC International Corporation's Rule 26(a)(3) Pretrial Disclosure and Designation with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Lee W. Barron at barronatty@aol.com

                                              s/ Daniel J. Boddicker
                                              Attorney for IPC International Corporation

Keefe, Campbell & Associates, LLC
118 N. Clinton St.
Suite 300
Chicago, IL 60667
Telephone: (312)756-1800
Facsimile: (312) 756-1901
E-mail: dboddicker@keefe-law.com
ATTORNEY FOR DEFENDANT