IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBORAH COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 09-275-GPM |
| | ) |
| IPC INTERNATIONAL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Before the Court is Plaintiff's motion for attorney fees (Doc. 61). The Court believes that Plaintiff may be entitled to attorney fees and that $300 an hour is a reasonable hourly rate for counsel.

The Court need clarification from Plaintiff as to what expenses were specifically occasioned by the Rule 26-related delay, as all documents would have required counsel's review in any circumstance. Plaintiff's counsel is therefore ORDERED to provide the Court with a more definite accounting of what expenses were incurred that would not otherwise have been incurred. Plaintiff is ordered to file a response to this Order on or before 4:30 p.m. Monday, June 13, 2011.

**IT IS SO ORDERED.**

DATED: June 2, 2011

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge