**AO 435 (Rev. 03/08)**

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Please Read Instructions:*

**FOR COURT USE ONLY**
**DUE DATE:**

| | |
|---|---|
| 1. NAME: Lee W. Barron | 2. PHONE NUMBER: (618) 462-9160 |
| | 3. DATE: 8/16/2011 |
| 4. MAILING ADDRESS: 112 Front Street | 5. CITY: Alton |
| | 6. STATE: IL |
| | 7. ZIP CODE: 62002 |
| 8. CASE NUMBER: 09-cv-275 | 9. JUDGE: Murphy |
| | DATES OF PROCEEDINGS |
| | 10. FROM: 2/22/2011 |
| | 11. TO: 2/24/2011 |
| 12. CASE NAME: Cook v IPC International | LOCATION OF PROCEEDINGS |
| | 13. CITY: East St Louis |
| | 14. STATE: IL |

**15. ORDER FOR**
- [X] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [X] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [X] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | Cook | 2/23/2011 |
| [ ] OPENING STATEMENT (Defendant) | | Spain | 2/22 or 2/23/2011 |
| [X] CLOSING ARGUMENT (Plaintiff) | 2/24/2011 | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | Colburn (testimony) | 2/22/ or 2/23/2011 |
| [ ] OPINION OF COURT | | | |
| [X] JURY INSTRUCTIONS | 2/24/2011 | [X] OTHER (Specify) | |
| [ ] SENTENCING | | Jury instruction conference | 2/24 or 2/25/2011 |
| [ ] BAIL HEARING | | All jury notes & discussions | re: notes |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES: 0 | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: *(signed)*

19. DATE: 8/15/2011

ESTIMATE TOTAL: 0.00

PROCESSED BY:
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:
COURT ADDRESS:

FILED AUG 22 2011 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS EAST ST. LOUIS OFFICE

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY