# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| Deborah Cook | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case Number: 09-cv-275-GPM-SCW |
| IPC International Corporation | ) | |
| *Defendant* | ) | |

## NOTICE OF STRIKING
## ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER: 123     DOCUMENT TITLE: Transcript Information Sheet

One of the following errors/deficiencies has been identified in the document listed above:

☒ Incorrect document was forwarded for filing with the Court. The Seventh Circuit Transcript Information Sheet is attached to Document 115 and was sent to all counsel on 07/05/11.

## ACTION TAKEN BY CLERK'S OFFICE

☒ Docket entry STRICKEN as ordered by the Court.

## ACTION REQUIRED BY FILER

☒ Seventh Circuit Transcript Information Sheet must be e-filed by attorney. Under Civil, Other Filings, Appeal Documents, choose Transcript Info Sheet by Attorney/Pro Se Party. When this document is e-filed, the appropriate court reporter will receive electronic notification.

NANCY J. ROSENSTENGEL, Clerk of Court

By: *s/Sara L. Jennings*

DATE: 08/30/11     Sara L. Jennings, Deputy Clerk

CMECF-03
(12/10)