IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBORAH COOK, | |
| Plaintiff, | |
| vs. | Case No. 09-cv-275 |
| IPC INTERNATIONAL CORPORATION, | |
| Defendant. | |

# JUDGMENT

This matter having come before the Court, the issues having been heard, and jury having rendered a verdict,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant IPC International Corporation and against plaintiff Deborah Cook.

**NANCY J. ROSENSTENGEL, CLERK**

DATED:  August 23, 2012                           s/Brenda K. Lowe
                                                                          **Deputy Clerk**


Approved:     s/ J. Phil Gilbert
                   **J. PHIL GILBERT
                   DISTRICT JUDGE**