IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBORAH COOK,<br><br>     Plaintiff,<br><br>vs.<br><br>IPC INTERNATIONAL CORPORATION,<br><br>     Defendant. | Case No. 09-cv-275 |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and jury having rendered a verdict,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant IPC International Corporation and against plaintiff Deborah Cook.

**NANCY J. ROSENSTENGEL, CLERK**

DATED:  August 23, 2012                                         s/Brenda K. Lowe
                                                                                 **Deputy Clerk**


Approved:     s/ J. Phil Gilbert
                     **J. PHIL GILBERT**
                     **DISTRICT JUDGE**